IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY THOMPSON,

      Plaintiff,

v.

WALKER PATTERSON INMAN III,

      Defendant.

Case No. 6:21-cv-01231-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 34), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 34) is adopted in full. Defendant's Motion to Dismiss (ECF No. 22) is GRANTED. Plaintiff's motions (ECF Nos. 6, 8, 20, 32, & 33) are DENIED as moot. The case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 28th day of December, 2022.

1 –ORDER

                                                s/Michael J. McShane
                                       _____

                                                       Michael McShane
                                           United States District Judge